

EXHIBIT 4

**Kerrie Brasher**

asking me so I just talked with them and it's a huge money thing for me. I've been struggling for a little while now. I talked to amy Saturday and she was super mad at me, I had never heard her that p.o'd at me. But I hope you understand. But gentiva hospice

I've been really scared to call you since I talked to amy. Because of how she acted about it

> What did she say ??

It Def was not something I was looking for! I love you guys, you have been so good to me